PELAVIN v. MISNER.

ON REHEARING.

On rehearing, opinion reported in 241 Mich. 209, is unchanged.

Appeal from Wayne; Mandell (Henry A.), J. Submitted April 26, 1927. (Docket No. 25, Calendar No. 32,235.) Decided January 3, 1928. Submitted on rehearing May 2, 1928. Former opinion affirmed July 24, 1928.

Bill by Samuel Pelavin and others against Richard A. Misner and others to enjoin an interference with plaintiffs' possession of property. Defendants filed a cross-bill to establish a forcible entry and detainer, and for an accounting. From a decree for plaintiffs, defendants appeal. Reversed and remanded.

*Chawke & Sloan*, for plaintiffs.

*Daniel P. Cassidy*, for defendants.

ON REHEARING.

WIEST, J. We are not impressed that any change should be made in our former opinion, reported in 241 Mich. 209, and the decree is reversed as therein directed.

FEAD, C. J., and NORTH, FELLOWS, CLARK, MCDONALD, POTTER, and SHARPE, JJ., concurred.